UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| STEPHEN WILHELM, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| PILKINGTON NORTH AMERICA, INC. | ) Case No. 1:19-cv-01332-TWP-DML |
| RETIREE HEALTH CARE PLAN and | ) |
| PILKINGTON NORTH AMERICA, INC. | ) |
| as administrator for the plan, | ) |
| | ) |
| Defendants. | ) |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties, by undersigned counsel, hereby stipulate that this case be dismissed in its entirety, with prejudice, and with each party responsible for its own attorney fees and costs.

*s/ Ryan Sullivan*
Ryan Sullivan (34217-64)
Andrew Dutkanych III (23551-49)
BIESECKER DUTKANYCH & MACER, LLC
8888 Keystone Crossing, Suite 1300
Indianapolis, IN 46240
Phone: (317) 575-4108
Fax: (812) 424-1005
rsullivan@bdlegal.com
ad@bdlegal.com


*S/Bart A. Karwath*
Bart A. Karwath (#16088-49)
BARNES & THORNBURG LLP
11 S. Meridian Street
Indianapolis, Indiana 46204
Phone: (317) 231-7252
Fax: (317) 231-7433
bart.karwath@btlaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 12th day of November, 2019, the foregoing document was electronically filed and served via the electronic filing system to all counsel of record.

                                                    */s/ Ryan Sullivan*
                                                    Ryan Sullivan